Charlesetta Wilhims
318 703-1208 Supr. Senior
11-7-2023 resident Agent
M.B. Kinder

United Government Dpt of Justice
You Have Insurance policy Cooper Rd
Walter Collins Jr South CADDO
Parish 3007 Gardonia St Were He went
Dr Martin Luther King Jr He
Communiry Paid them money them paid
To Kill C.W. 2831 Kelsey St
S port LA 71107 You Have
250 LAp-Top Computer they IS In my
STAIKING Device Who Dont Home In the
Have one they In the Computer WAll
Doing it with they Head
+ mind Hands + Feet Cell phone
United Dpt of Justic
401 Edwards St S port
LA 71101 were they went M.L.K.
To Court W. Collins Had creaL
them arrested + the police police
Gerald Ataway Females out of
L.A. State per Saint Gable Sport LA
LiFE without Bond + parole 71107
males LA per. An Gole
LiFE without Bond + parole
STAIKING Federal IS A ILeGAL
Crime A Federal CRIME
that's your Dpt M.B. Kinder
United Attorney offce CRminAl Charges

Now He Is A Bossier city resident 416 Yarbnack St resident His mother His Niece Home
Now He Jim Charon + Hawley + Hawley

RECEIVED NOV 2 1 2023 TONY R MOORE, CLERK WESTERN DISTRICT OF LOUISIANA SHREVEPORT LOUISIANA BY

Charlesetta Williams
318 703-1508
11-7-2023

Stalking Stalking By Talking
Forche Touching of the Body
oredons with a Lap-Top
Computer Stalking To Date
is 11-7-2023
Tony R. moore I will like to
File this complcant pro-se
plantiff

Charolotta Williams

318 703-1208
10-25-2023

Alvin Collins Jr
Her Son Granddaughter
Charova Harvey He Is
Walter Collins Jr 416
Yarbrough St Bossier
City 71111 Guardian over $100000
His Burial $ 1000000
$50.000 Globe Life
Accident Insurance Company
Charova Harvey $ 50.000
Alvin Collins Jr Her
Son I Dont know How munch
A City Marshall of the
City Marshall Have them
arrested Black Female
male the Woman who Have
To put them In Jail who
So Him His Insurance
Black Female Is with
Company Still His Insurance



Charlesetta Williams
2831 Kelsey St.
Shreveport (LA 71109

Union National Life Insurance Company
12115 Lackland Rd
S port LA 71103